reversing a judgment in favor of plaintiff and directing a dismissal of the complaint.

The motion was made upon the ground of failure to file the required undertaking.

*Henry H. Brown* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Application of ELIZABETH J. STARR, as Committee of the Person and Property of ISABELLA JORDAN, an Incompetent Person, Respondent, for Payment of an Award.

THE COMPTROLLER OF THE CITY OF NEW YORK et al., Appellants.

*New York city — condemnation proceedings — award to unknown owner — interest from date of report of commissioners to date of confirmation of report.*

*Matter of Starr (Jordan)*, 198 App. Div. 859, affirmed.
(Argued May 31, 1923; decided June 14, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1921, which affirmed an order of Special Term directing the comptroller of the city of New York to pay to the petitioner interest from the date of the report of the commissioners of estimate, in proceedings for the extension of Seventh avenue from Greenwich avenue to Carmine street in the borough of Manhattan, namely, July 24, 1919, to the date of the confirmation of the said report, namely, November 19, 1919, on the sum of $42,948.18, the total amount of the award therein made to unknown owner for parcel damage No. 26.

*George P. Nicholson,* Corporation Counsel (*Joel J. Squier* and *William B. R. Faber* of counsel), for appellants.
*Michael J. Mulqueen* and *Charles Lamb* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, for a Peremptory Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

### Proceedings Nos. 1 and 2.

*New York city — Bronx parkway commission — mandamus properly granted to compel board of estimate and apportionment of city of New York to provide for payment of expense of improving lands and for salaries of commissioners and employees.*

*Matter of Bronx Parkway Commission* v. *Hylan,* 206 App. Div. 688, affirmed.

(Argued May 31, 1923; decided June 14, 1923.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1923, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus. In proceeding No. 1 the Bronx parkway commission sought a peremptory mandamus order which would require the board of estimate and apportionment to appropriate the sum of $801,000 for the purpose of paying the expenses of improving lands acquired by the commission, or to be acquired, during the year 1922, and in procuring surveys and preparing maps and plans in accordance with the estimate of the Bronx parkway commission, dated August 12, 1921, under the purported authority of section 16, chapter 594 of the Laws of 1907. In proceeding No. 2 the Bronx parkway commission sought a peremptory mandamus order to compel the board of estimate and apportionment to amend and alter the tentative or proposed budget of the city of New York for the year 1923, so as to have included therein the sum of $138,000 to be

38